[No. 2518–3.  Division Three.  April 5, 1979.]

MANUEL PALOMAREZ, *Appellant,* v. MELVIN
K. OLSON, *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 56960, Howard Hettinger, J., entered
July 8, 1977. *Affirmed* by unpublished opinion per Munson,
J., concurred in by McInturff and Roe, JJ.

[No. 4951–1.  Division One.  April 9, 1979.]

RICHARD A. OSTERHOLT, ET AL, *Respondents,* v. PACIFIC
NORTHWEST ESCROW CORPORATION, ET AL, *Respon-*
*dents,* TRANSAMERICA TITLE INSURANCE
COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 786950, James J. Dore, J., entered July 26,
1976. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Farris, A.C.J., and Andersen, J.

[No. 6145–1.  Division One.  April 9, 1979.]

*In the Matter of the Welfare of*
BONNIE D. HEINZ.

Appeal from a judgment of the Superior Court for King
County, No. J–80349, Robert W. Winsor, J., entered
November 10, 1977. *Dismissed* by unpublished opinion per
Dore, J., concurred in by James, A.C.J., and Williams, J.

[No. 6165–1.  Division One.  April 9, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
WILLIAM COX, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82406, Horton Smith, J., entered November
17, 1977. *Affirmed* by unpublished opinion per Swanson,
A.C.J., concurred in by Williams and Andersen, JJ.